# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☒ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name      Syed M. Makki
Alias Name
Birthdate

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☒ No   if yes, original case number _____
New Defendant  ☒ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA      Kathleen D. Mahoney

**Interpreter Needed**
☐ Yes      Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required      ☐ Yes  ☒ No
Warrant Required  ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts     4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:1343.F/4700/4 | *Conspiracy to Commit Wire Fraud* | 1 |
| 2 | 18:1956.F/4700/4 | *Conspiracy to Commit Money Laundering* | 2 |
| 3 | 18:2314.F/4700/4 | *Interstate Transportation of Goods Obtained by Fraud* | 3, 4 |
| 4 | | | |

(May be continued on reverse)

Date  9/10/2024            Signature of AUSA   /s/Kathleen D. Mahoney